**ORIGINAL**

**FILED**

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

Petitioner Name _Victoria Nichol_
Address _233 S. 2nd St. W_
City, State, Zip _Missoula, MT 59801_
Telephone _406-465-5475_
E-mail _nicholt15@gmail.com_

**FILED**

AUG 1 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## SUPREME COURT OF THE STATE OF MONTANA

### No. _PR 22-0004_

IN RE PETITION OF ___Victoria Nichol___ (name)
FOR REINSTATEMENT TO ACTIVE STATUS
IN THE STATE BAR OF MONTANA

---

## PETITION

---

COMES NOW ___Victoria Nichol___ (name) and respectfully

petitions this Court for reinstatement to active status pursuant to Section 3 of the By-Laws of

the State Bar of Montana.

Petitioner was admitted to the State Bar of Montana on __October 1, 2019__ (date)

Petitioner (check one):

☑ Voluntarily chose inactive status on _October 1, 2019_ (date).

☐ Voluntarily chose emeritus status on _____ (date).

☐ Voluntarily chose senior status on _____ (date).

☐ Was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5,

and 12, of the Rules for Continuing Legal Education on _____ (date)

as a result of noncompliance with CLE requirements.

☐ Was suspended for noncompliance with CLE requirements on _____ (date).

☐ Has been suspended for three or more consecutive years for nonpayment of dues.

☐ Petitioner was suspended on _____ (date).

☐ Voluntarily resigned membership on _____ (date).

☑ Petitioner is willing and able to pay active dues, fees, and the state license tax to the State Bar of Montana and comply with any continuing education requirements this Court may impose.

Petitioner ☐ is / ☑ is not actively practicing law in another jurisdiction. (If so, provide the jurisdiction(s) and dates of active status _____

_____.)

Petitioner ☑ has / ☐ has not been employed as a law clerk while on inactive status. (If so, provide the court(s) and dates of employment as a law clerk Ninth Circuit Court of Appeal August 2019-August 2020; U.S. District Court, D. Mont, August 2020-August 2022 .)

Petitioner ☐ is / ☑ is not currently suspended, disbarred, or otherwise ineligible to practice law in another jurisdiction. (If so, provide the pertinent details.)

Petitioner ☐ is / ☑ is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction. (If so, provide the pertinent details.)

Petitioner ☐ has / ☑ has not been charged with a criminal offense while not on active status. (If so, provide the pertinent details.)

Petitioner ☐ has / ☑ has not accrued delinquent debt or filed for bankruptcy while not on active status. (If so, provide the pertinent details.)

Petitioner ☐has / ☑has not failed to fulfill the obligations of a public office or professional license (other than as an attorney) while not on active status. (If so, provide the pertinent details.)

Finally, petitioner ☐has / ☑has not committed any acts or omissions while not on active status which would be sanctionable under the Montana Rules of Professional Conduct. (If so, provide the pertinent details.)

WHEREFORE, petitioner requests reinstatement as an active member of the State Bar of Montana.

The above statements are true based upon petitioner's knowledge and belief.

DATED this _9th_ day of _August_, 20_22_.

BY: _Victoria Nickol_
Petitioner

SUBSCRIBED AND SWORN TO before me this _9th_ day of _August_, 20_22_ by _Victoria Nickol_ (petitioner's name).

JOANN JETT CORSON
NOTARY PUBLIC for the
State of Montana
(Notarial Seal) Florence, MT
My Commission Expires
Sepyember 20, 2024.

Notary Signature _JoAnn Jett Corson_
Printed Name of Notary _JoAnn Jett Corson_
Residing at _Florence MT_
Notary Public for the State of _Montana_
My Commission Expires _9.20.2024_

*This original petition and one copy must be submitted to the Montana Supreme Court Clerk's Office, P.O. Box 203003, Helena, MT 59620. Please also provide a copy to the State Bar at P.O. Box 577, Helena, MT 59624.*